IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALEXANDER PAEZ, § § **Plaintiff,** § § v. § § **Civil Action No. 3:23-cv-2243-E** § CHILDREN'S HEALTH SYSTEM § OF TEXAS, § § **Defendant.** § | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Defendant Children's Health System of Texas ("Defendant") hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

**I.
CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Local Rule 7.4, Defendant identifies the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parents or subsidiary corporations, or other legal entities who or which are financially interested in the case:

1. Alexander Paez                                           Plaintiff

2. Travis Gasper                                             Plaintiff's attorney
   Gasper Law PLLC

3. Children's Health System of Texas              Defendant

4. Jamie Ashton and Molly Ann Lawrence     Defendant's attorneys
   Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

## II.
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant notifies the Court that Children's Health System of Texas is a nonprofit corporation that does not issue stock. Defendant does not have a parent corporation.

Respectfully submitted,

*/s/ Jamie Ashton*
Jamie Ashton
Texas Bar No. 24087211
jamie.ashton@ogletree.com
Molly Ann Lawrence
Texas Bar No. 24083365
mollyann.lawrence@ogletree.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road, Ste. 500
Dallas, Texas  75225
Telephone: (214) 987-3800
Facsimile:  214-987-3927

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on December 11, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the electronic system of filing, which will transmit a Notice of Electronic Filing to the parties' counsel of record.

*/s/ Jamie Ashton*
JAMIE ASHTON