UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALEXANDER PAEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:23-cv-2243-E |
| § | |
| CHILDREN'S HEALTH SYSTEM OF § | |
| TEXAS, § | |
| § | |
| Defendant. § | |

## NOTICE OF APPEARANCE

Please take notice that attorney Molly Ann Lawrence of the law firm of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. hereby files her appearance as counsel of record on behalf of Defendant Children's Health System of Texas in the above-captioned case. Her state bar number and contact information are listed below.

Jamie Ashton of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. remains lead counsel for Defendant in this matter.

Dated:  January 3, 2024.

Respectfully submitted,

By:   */s/ Molly Ann Lawrence*
JAMIE ASHTON
Texas State Bar No. 24087211
jamie.ashton@ogletree.com
MOLLY ANN LAWRENCE
Texas State Bar No. 24083365
mollyann.lawrence@ogletree.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800 (phone)
(214) 987-3927 (fax)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    This is to certify that on January 3, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to Plaintiff's counsel of record.

  */s/ Molly Ann Lawrence*
MOLLY ANN LAWRENCE

59858811.v1-OGLETREE