## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **ALEXANDER PAEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:23-cv-2243-E** |
| | § | |
| **CHILDREN'S HEALTH SYSTEM OF** | § | **JURY TRIAL DEMANDED** |
| **TEXAS,** | § | |
| | § | |
| **Defendant.** | § | |

### JOINT REPORT REGARDING AGREED MEDIATOR

Pursuant to the Court's Scheduling Order (Dkt. 10), Plaintiff Alexander Paez and Defendant Children's Health System of Texas jointly inform the Court that they have agreed on Courtenay L. Bass of Gilbert Mediation Group, 12001 N. Central Expy., Ste. 650, Dallas, Texas 75243, as mediator in this case.

Respectfully submitted,

**GASPER LAW PLLC**

*/s/ Travis Gasper (with permission)*
Travis Gasper
Texas Bar No. 24096881
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
Phone: (469) 663-7736
Fax: (833) 957-2957
travis@travisgasper.com

**ATTORNEY FOR PLAINTIFF**

**OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.**

*/s/ Molly Ann Lawrence*
Jamie Ashton
Texas Bar No. 24087211
jamie.ashton@ogletree.com
Molly Ann Lawrence
Texas Bar No. 24083365
mollyann.lawrence@ogletree.com
8117 Preston Road, Suite 500
Dallas, TX 75225
Phone: 214-692-0168
Fax: 214-987-3927

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2024, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Molly Ann Lawrence*
Molly Ann Lawrence