IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDER PAEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-2243-E |
| | § | |
| CHILDREN'S HEALTH SYSTEM OF TEXAS, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Alexander Paez ("Plaintiff") and Defendant Children's Health System of Texas ("Defendant") (collectively, the "Parties") move the Court for the entry of a protective order and respectfully show as follows:

1. Discovery in the above-captioned matter is underway. As a part of the discovery process, the parties anticipate the need to disclose information considered by one or more of the parties to be confidential and/or proprietary in nature.

2. The parties have agreed to terms under which such materials may be marked as confidential, the process by which such materials will be protected from further disclosure, and related procedural matters.

3. Attached hereto as **Exhibit 1** is a copy of the Protective Order sought to be entered by the parties to this matter, which is the approved order available at https://www.txnd.uscourts.gov/judge/judge-ada-brown (last accessed March 22, 2024).

WHEREFORE, for the foregoing reasons, the parties request that the Court grant this Agreed Motion for Entry of Protective Order and enter the Protective Order proposed herein.

Respectfully submitted,

| | |
|---|---|
| **GASPER LAW PLLC** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| */s/ Travis Gasper* | |
| Travis Gasper | By: */s/ Molly Ann Lawrence* |
| Texas Bar No. 24096881 | Jamie Ashton |
| 1408 N. Riverfront Blvd., Suite 323 | Texas State Bar No. 24087211 |
| Dallas, Texas 75207 | jamie.ashton@ogletree.com |
| Phone: (469) 663-7736 | Molly Ann Lawrence |
| Fax: (833) 957-2957 | Texas State Bar No. 24083365 |
| Email: travis@travisgasper.com | mollyann.lawrence@ogletree.com |
| | 8117 Preston Road, Suite 500 |
| **ATTORNEY FOR PLAINTIFF** | Dallas, Texas 75225 |
| | Telephone: (214) 987-3800 |
| | Facsimile: (214) 987-3927 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to all parties of record.

*/s/ Molly Ann Lawrence*
Molly Ann Lawrence