# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **ALEXANDER PAEZ,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 3:23-cv-2243-E |
| **CHILDREN'S HEALTH SYSTEM OF TEXAS,** | § § § § | |
| **Defendant.** | § § | |

## ORDER

The Court has considered Plaintiff's Unopposed Motion to Extend Mediation Deadline. For the reasons stated therein, the Court finds that the Motion is well taken and should be and hereby is **GRANTED**.

Accordingly, it is ORDERED that the mediation deadline be extended to August 23, 2024. This Order does not affect or alter any other deadlines set forth in Dkt. 10.

**SIGNED** this _____ day of _____, 2024.

_____
JUDGE ADA BROWN
UNITED STATES DISTRICT JUDGE