IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDER PAEZ, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:23-cv-2243-E |
| CHILDREN'S HEALTH SYSTEM OF TEXAS, | § § § § | |
| Defendant. | § § | |

## JOINT NOTICE OF RESOLUTION OF MATTER

Plaintiff Alexander Paez ("Plaintiff") and Defendant Children's Health System of Texas ("Defendant") jointly file this notice to inform the Court as follows:

1. Plaintiff and Defendant have resolved the above-referenced matter.

2. The Parties anticipate submitting a joint motion to dismiss this matter with prejudice within the next 30 calendar days.

Respectfully submitted,

| | |
|---|---|
| **GASPER LAW PLLC** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| By: */s/ Travis Gasper* <br> Travis Gasper <br> Texas Bar No. 24096881 <br> 1408 N. Riverfront Blvd., Suite 323 <br> Dallas, Texas 75207 <br> Phone: (469) 663-7736 <br> Fax: (833) 957-2957 <br> Email: travis@travisgasper.com | By: */s/ Jamie Ashton (with permission)* <br> Jamie Ashton <br> Texas State Bar No. 24087211 <br> jamie.ashton@ogletree.com <br> Molly Ann Lawrence <br> Texas State Bar No. 24083365 <br> mollyann.lawrence@ogletree.com <br> 8117 Preston Road, Suite 500 <br> Dallas, Texas 75225 <br> Telephone: (214) 987-3800 <br> Facsimile: (214) 987-3927 |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |