IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDER PAEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-2243-BW |
| | § | |
| CHILDREN'S HEALTH SYSTEM OF TEXAS, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Alexander Paez and Defendant Children's Health System of Texas (jointly, the "Parties") file this Joint Motion to Dismiss with Prejudice. The Parties respectfully request that the Court enter an order providing that (1) all claims in this case are dismissed with prejudice to the refiling of same in any form, and (2) all costs and attorneys' fees are to be paid by the party incurring same, as provided in the accompanying Agreed Order of Dismissal.

Respectfully submitted,

| | |
|---|---|
| **GASPER LAW PLLC** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| */s/ Travis Gasper* | By: */s/ Jamie Ashton* (with permission) |
| Travis Gasper | Jamie Ashton |
| Texas Bar No. 24096881 | Texas State Bar No. 24087211 |
| travis@travisgasper.com | jamie.ashton@ogletree.com |
| 1408 N. Riverfront Blvd., Suite 323 | Molly Ann Lawrence |
| Dallas, Texas 75207 | Texas State Bar No. 24083365 |
| Telephone: (469) 663-7736 | mollyann.lawrence@ogletree.com |
| Facsimile: (833) 957-2957 | 8117 Preston Road, Suite 500 |
| | Dallas, Texas 75225 |
| **ATTORNEY FOR PLAINTIFF** | Telephone: (214) 987-3800 |
| | Facsimile: (214) 987-3927 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to all parties of record.

                                */s/ Travis Gasper*
                                Travis Gasper