**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ALEXANDER PAEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:23-cv-2243-BW** |
| | § | |
| | § | |
| **CHILDREN'S HEALTH SYSTEM OF TEXAS,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion to Dismiss with Prejudice filed by the Parties. Having considered the Motion, the submissions of the Parties, and the other papers on file in this case, the Court finds the Motion should be, in all things, **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE TO THE REFILING OF SAME IN ANY FORM**, with costs and attorneys' fees to be paid by the Party incurring same.

Signed this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_/s/ Travis Gasper_
TRAVIS GASPER
Texas Bar No. 24096881
Email: travis@travisgasper.com
**GASPER LAW PLLC**
1408 N. Riverfront Blvd., Suite 323
Dallas, Texas 75207
Phone: 469.663.7736
Fax: 833.957.2957

**ATTORNEY FOR PLAINTIFF**

/s/Jamie Ashton
JAMIE ASHTON
Texas State Bar No. 24087211
jamie.ashton@ogletree.com
MOLLY ANN LAWRENCE
Texas Bar No. 24083365
mollyann.lawrence@ogletree.com
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
8117 Preston Road, Suite 500
Dallas, Texas  75225
Phone: 214.987.3800
Fax: 214.987.3927

**ATTORNEYS FOR DEFENDANT**