IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDER PAEZ, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:23-CV-02243-E |
| CHILDRENS HEALTH SYSTEM OF TEXAS, | § | |
| Defendant. | § | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is the Joint Motion to Dismiss with Prejudice (Doc. 24) filed by the Parties. Having considered the Motion, the submissions of the Parties, and the other papers on file in this case, the Court finds the Motion should be, in all things, **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE TO THE REFILING OF SAME IN ANY FORM**, with costs and attorneys' fees to be paid by the Party incurring same.

**SO ORDERED.**

1st day of October, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE